| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Nexus Bankruptcy<br>Benjamin Heston<br>3090 Bristol Street #400<br>Costa Mesa, CA 92626<br>Phone: (949) 312-1377<br>Email: ben@nexusbk.com<br>Bar Number: 297798<br>Attorney for Debtor | |
| ☐ Debtor(s) appearing without an attorney<br>☑ Attorney for Debtor(s) | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION**

| In re:<br>Casey Stephen Wallace<br>Michelle Lauren Lucero Cagonot<br><br>Debtor(s). | CASE NO.: 8:25-bk-10963-TA<br>CHAPTER: 7<br><br>**DECLARATION BY DEBTOR(S) AS TO WHETHER INCOME WAS RECEIVED FROM AN EMPLOYER WITHIN 60 DAYS OF THE PETITION DATE**<br><br>[11 U.S.C. § 521(a)(1)(B)(iv)]<br><br>[No hearing required] |
|---|---|

Debtor(s) provides the following declaration(s) as to whether income was received from an employer within 60 days of the Debtor(s) filing this bankruptcy case (Petition Date), as required by 11 U.S.C. § 521(a)(1)(B)(iv):

Declaration of Debtor 1

1. ☑ I am Debtor 1 in this case, and I declare under penalty of perjury that the following information is true and correct:

    **During the 60-day period before the Petition Date** (*Check only ONE box below*):

    ☑ **I was paid by an employer.** Attached are copies of all statements of earnings, pay stubs, or other proof of employment income I received from my employer during this 60 day period. (*If the Debtor's social security number or bank account is on a pay stub or other proof of income, the Debtor must cross out (redact) the number(s) before filing this declaration.*)

    ☐ **I was not paid by an employer** because I was either self-employed only, or not employed.

Date: 03/31/2025    Casey Stephen Wallace
                    Printed name of Debtor 1                    Signature of Debtor 1

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2015                                    Page 1                              F 1002-1.EMP.INCOME.DEC

Declaration of Debtor 2 (Joint Debtor) (if applicable)

2. ☑ I am Debtor 2 in this case, and I declare under penalty of perjury that the following information is true and correct:

During the 60-day period before the Petition Date (Check only ONE box below):

☑ **I was paid by an employer.** Attached are copies of all statements of earnings, pay stubs, or other proof of employment income I received from my employer during this 60 day period. (If the Debtor's social security number or bank account is on a pay stub or other proof of income, the Debtor must cross out (redact) the number(s) before filing this declaration.)

☐ **I was not paid by an employer** because I was either self-employed only, or not employed.

Date:  03/31/2025     Michelle Lauren Lucero Cagonot
                      Printed name of Debtor 2                              Signature of Debtor 2

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2015                                Page 2                              F 1002-1.EMP.INCOME.DEC



| | | | | | |
|---|---|---|---|---|---|
| **Employee Name:** | Michelle L Caggiot | **Pay Date:** | 3/7/2025 | | |
| **Employee #:** | 775468 | **Pay Period:** | 2/16/2025 - 3/1/2025 | | |
| **Employee Address:** | 1525 Baypointe Dr Newport Beach, CA 92660 | **Deposit Advice #:** | 913065387 | | |
| **Department:** | Retail F21 | **Pay Frequency:** | Bi-Weekly | | |
| **Job Title:** | Assistant Store Manager | **Pay Rate:** | 26.9800 | | |
| **Pay Group:** | US WEST | **Federal Filing Status:** | Married | | |
| **Site:** | 01708 SOUTH COAST PLAZA | **Federal 2c/Extra Withholding:** | Yes/$0.00 | | |
| **Pay Type:** | Hourly | **State Filing Status:** | Single (CA) | | |
| | | **State Exemptions:** | 1/$0.00 (CA) | | |

**Employer Name:** F21 OpCo, LLC
**Employer Phone:** 201-508-1932
**Employer Address:** 110 E. 9th Street Suite A500 Los Angeles, CA 90079

| | Current 2/16/2025 - 3/1/2025 | | | YTD As of 3/1/2025 | |
|---|---|---|---|---|---|
| | Hours/Units | Rate | Amount | Hours/Units | Amount |
| **Earnings** | 93.02 | | $2,509.59 | 427.44 | $11,641.64 |
| Regular Earnings | 37.02 | 26.9800 | $998.71 | 288.32 | $7,778.78 |
| Overtime | | | | 0.67 | $26.98 |
| Sick Pay | 40.00 | 26.9800 | $1,079.20 | 82.00 | $2,212.36 |
| Paid Time Off | 16.00 | 26.9800 | $431.68 | 48.00 | $1,295.04 |
| Meal Premium Pay | | | | 1.00 | $26.98 |
| Holiday Work 1.5x | | | | 7.45 | $301.50 |
| **Taxable Benefits** | | | $0.32 | | $1.60 |
| Group Term Life | | | $0.32 | | $1.60 |
| **Pre-Tax Deductions** | | | $450.03 | | $2,195.74 |
| Delta Dental | | | $14.24 | | $71.20 |
| Health Care FSA | | | $50.00 | | $250.00 |
| Premium PPO Plan | | | $235.21 | | $1,176.05 |
| 401K PreTax | | | $150.58 | | $698.49 |
| **Taxes** | | | $419.74 | | $1,864.05 |
| Federal Tax | | | $168.74 | | $741.49 |
| Social Security | | | $137.05 | | $629.05 |
| Medicare | | | $32.05 | | $147.12 |
| CA State | | | $55.38 | | $224.66 |
| CA Disability | | | $26.52 | | $121.73 |
| **Post-Tax Deductions** | | | $0.46 | | $2.30 |
| Dependent Life | | | $0.46 | | $2.30 |
| | Routing # | Account # | Amount | | Amount |
| **Net Pay** | | | $1,639.36 | | $7,579.55 |
| Direct Deposit | 322274187 | XXXXXXXXXX4009 | $1,639.36 | | |

dayforce                                                                                                Page 1 of 2



| | | | | | |
|---|---|---|---|---|---|
| **Employee Name:** | Michelle L Caeglet | | **Pay Date:** | 2/21/2025 | |
| **Employee #:** | 775468 | | **Pay Period:** | 2/2/2025 - 2/15/2025 | |
| **Employee Address:** | 1525 Baypointe Dr Newport Beach, CA 92660 | | **Deposit Advice #:** | 906550363 | |
| **Department:** | Retail F21 | | **Pay Frequency:** | Bi-Weekly | |
| **Job Title:** | Assistant Store Manager | | **Pay Rate:** | 26.9800 | |
| **Pay Group:** | US WEST | | **Federal Filing Status:** | Married | |
| **Site:** | 01708 SOUTH COAST PLAZA | | **Federal 2c/Extra Withholding:** | Yes/$0.00 | |
| **Pay Type:** | Hourly | | **State Filing Status:** | Single (CA) | |
| | | | **State Exemptions:** | 1/$0.00 (CA) | |

**Employer Name:** F21 OpCo, LLC
**Employer Phone:** 201-508-1932
**Employer Address:** 110 E. 9th Street Suite A500 Los Angeles, CA 90079

| | Current 2/2/2025 - 2/15/2025 | | | YTD As of 2/15/2025 | |
|---|---|---|---|---|---|
| | Hours/Units | Rate | Amount | Hours/Units | Amount |
| **Earnings** | **82.00** | | **$2,212.36** | **334.42** | **$9,132.05** |
| Regular Earnings | 57.00 | 26.9800 | $1,537.86 | 251.30 | $6,780.07 |
| Overtime | | | | 0.67 | $26.98 |
| Sick Pay | 9.00 | 26.9800 | $242.82 | 42.00 | $1,133.16 |
| Paid Time Off | 16.00 | 26.9800 | $431.68 | 32.00 | $863.36 |
| Meal Premium Pay | | | | 1.00 | $26.98 |
| Holiday Work 1.5x | | | | 7.45 | $301.50 |
| **Taxable Benefits** | | | **$0.32** | | **$1.28** |
| Group Term Life | | | $0.32 | | $1.28 |
| **Pre-Tax Deductions** | | | **$432.19** | | **$1,745.71** |
| Delta Dental | | | $14.24 | | $56.96 |
| Health Care FSA | | | $50.00 | | $200.00 |
| Premium PPO Plan | | | $235.21 | | $940.84 |
| 401K PreTax | | | $132.74 | | $547.91 |
| **Taxes** | | | **$341.48** | | **$1,444.31** |
| Federal Tax | | | $135.22 | | $572.75 |
| Social Security | | | $118.62 | | $492.00 |
| Medicare | | | $27.75 | | $115.07 |
| CA State | | | $36.94 | | $169.28 |
| CA Disability | | | $22.95 | | $95.21 |
| **Post-Tax Deductions** | | | **$0.46** | | **$1.84** |
| Dependent Life | | | $0.46 | | $1.84 |
| | Routing # | Account # | Amount | | Amount |
| **Net Pay** | | | **$1,438.23** | | **$5,940.19** |
| Direct Deposit | 322274187 | XXXXXXXXXX4009 | $1,438.23 | | |

**PRN**

California Healthcare Clinical Employee
2600 Dallas Parkway
Ste 290
Frisco, TX 75034
800-929-4776

**Pay Statement**

| | |
|---|---|
| Period Start Date | 03/16/2025 |
| Period End Date | 03/29/2025 |
| Pay Date | 04/04/2025 |
| Document | 177877044 |
| **Net Pay** | **$2,170.97** |

## Pay Details

**CASEY STEPHEN WALLACE**
1525 BAYPOINTE DRIVE
NEWPORT BEACH, CA 92660
USA

| | | | |
|---|---|---|---|
| Employee Number | 100288 | Pay Group | 6B0 Biweekly |
| SSN | XXX-XX-XXXX | Location | Orange - N Tustin |
| Job | Clinic Dir | Region | LAOC - Los Angeles - Orange Coun |
| Pay Rate | $50.5106 | Department | CLINOP - Clinical Operations |
| Pay Frequency | Biweekly | Division | DIR - Director |
| | | GL Location | ORA - Orange |

## Earnings

| Pay Type | Hours | Current | YTD |
|---|---|---|---|
| Holiday | 0.000000 | $0.00 | $808.16 |
| Regular | 60.000000 | $3,030.63 | $24,750.18 |
| Sick Pay | 20.000000 | $1,010.22 | $2,020.44 |
| Vacation | 0.000000 | $0.00 | $707.15 |

Total Hours  80.000000

## Deductions

| Deduction | Pre-Tax | Employee Current | Employee YTD | Employer Current | Employer YTD |
|---|---|---|---|---|---|
| 401K | Yes | $323.27 | $2,262.89 | — | — |
| 401k Loan | No | $328.09 | $2,296.63 | $0.00 | $0.00 |
| Dental | Yes | $17.64 | $123.20 | — | — |
| FSA - Medical | Yes | $115.39 | $788.50 | $0.00 | $0.00 |
| Vision | Yes | $3.74 | $26.18 | — | — |

## Taxes

| Tax | Current | YTD |
|---|---|---|
| Federal Income Tax | $538.01 | $3,770.36 |
| Employee Medicare | $56.61 | $396.55 |
| Social Security Employee Tax | $242.05 | $1,695.58 |
| CA State Income Tax | $198.23 | $1,389.61 |
| CA Disability Employee | $46.85 | $328.18 |

## Paid Time Off

| Plan | Taken | Current | Balance |
|---|---|---|---|
| State Sick | 40.0000 | 0.0000 | 0.0000 |
| Vacation | 14.0000 | 6.1500 | 35.2500 |

## Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---|
| xxxxxx8118 | Checking | $2,170.97 |
| Total | | $2,170.97 |

## Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $4,040.85 | $3,580.81 | $1,081.75 | $788.13 | **$2,170.97** |
| YTD | $28,285.93 | $25,085.16 | $7,580.28 | $5,497.40 | $15,208.25 |

**PRN**

California Healthcare Clinical Employee
2600 Dallas Parkway
Ste 290
Frisco, TX 75034
800-929-4776

**Pay Statement**

| | |
|---|---|
| Period Start Date | 03/02/2025 |
| Period End Date | 03/15/2025 |
| Pay Date | 03/21/2025 |
| Document | 175339991 |
| **Net Pay** | **$2,170.96** |

## Pay Details

**CASEY STEPHEN WALLACE**
1525 BAYPOINTE DRIVE
NEWPORT BEACH, CA 92660
USA

| | | | |
|---|---|---|---|
| Employee Number | 100288 | Pay Group | 6B0 Biweekly |
| SSN | XXX-XX-XXXX | Location | Orange - N Tustin |
| Job | Clinic Dir | Region | LAOC - Los Angeles - Orange Coun |
| Pay Rate | $50.5106 | Department | CLINOP - Clinical Operations |
| Pay Frequency | Biweekly | Division | DIR - Director |
| | | GL Location | ORA - Orange |

## Earnings

| Pay Type | Hours | Current | YTD |
|---|---:|---:|---:|
| Holiday | 0.000000 | $0.00 | $808.16 |
| Regular | 70.000000 | $3,535.74 | $21,719.55 |
| Sick Pay | 0.000000 | $0.00 | $1,010.22 |
| Vacation | 10.000000 | $505.11 | $707.15 |

Total Hours  80.000000

## Deductions

| Deduction | Pre-Tax | Employee Current | Employee YTD | Employer Current | Employer YTD |
|---|---|---:|---:|---:|---:|
| 401K | Yes | $323.27 | $1,939.62 | — | — |
| 401k Loan | No | $328.09 | $1,968.54 | $0.00 | $0.00 |
| Dental | Yes | $17.64 | $105.56 | — | — |
| FSA - Medical | Yes | $115.39 | $673.11 | $0.00 | $0.00 |
| Vision | Yes | $3.74 | $22.44 | — | — |

## Taxes

| Tax | Current | YTD |
|---|---:|---:|
| Federal Income Tax | $538.01 | $3,232.35 |
| Employee Medicare | $56.61 | $339.94 |
| Social Security Employee Tax | $242.06 | $1,453.53 |
| CA State Income Tax | $198.23 | $1,191.38 |
| CA Disability Employee | $46.85 | $281.33 |

## Paid Time Off

| Plan | Taken | Current | Balance |
|---|---:|---:|---:|
| State Sick | 20.0000 | 0.0000 | 20.0000 |
| Vacation | 14.0000 | 6.1500 | 29.1000 |

## Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---:|
| xxxxxx8118 | Checking | $2,170.96 |
| Total | | $2,170.96 |

## Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---:|---:|---:|---:|---:|
| Current | $4,040.85 | $3,580.81 | $1,081.76 | $788.13 | **$2,170.96** |
| YTD | $24,245.08 | $21,504.35 | $6,498.53 | $4,709.27 | $13,037.28 |

**PRN**

California Healthcare Clinical Employee
2600 Dallas Parkway
Ste 290
Frisco, TX 75034
800-929-4776

**Pay Statement**

| | |
|---|---|
| Period Start Date | 02/16/2025 |
| Period End Date | 03/01/2025 |
| Pay Date | 03/07/2025 |
| Document | 170850026 |
| **Net Pay** | **$2,170.96** |

## Pay Details

**CASEY STEPHEN WALLACE**
1525 BAYPOINTE DRIVE
NEWPORT BEACH, CA 92660
USA

| | | | | |
|---|---|---|---|---|
| Employee Number | 100288 | Pay Group | 6B0 Biweekly | |
| SSN | XXX-XX-XXXX | Location | Orange - N Tustin | |
| Job | Clinic Dir | Region | LAOC - Los Angeles - Orange Coun | |
| Pay Rate | $50.5106 | Department | CLINOP - Clinical Operations | |
| Pay Frequency | Biweekly | Division | DIR - Director | |
| | | GL Location | ORA - Orange | |

## Earnings

| Pay Type | Hours | Current | YTD |
|---|---|---|---|
| Holiday | 0.000000 | $0.00 | $808.16 |
| Regular | 76.000000 | $3,838.80 | $18,183.81 |
| Sick Pay | 0.000000 | $0.00 | $1,010.22 |
| Vacation | 4.000000 | $202.04 | $202.04 |

**Total Hours** 80.000000

## Deductions

| Deduction | Pre-Tax | Employee Current | Employee YTD | Employer Current | Employer YTD |
|---|---|---|---|---|---|
| 401K | Yes | $323.27 | $1,616.35 | — | — |
| 401k Loan | No | $328.09 | $1,640.45 | $0.00 | $0.00 |
| Dental | Yes | $17.64 | $87.92 | — | — |
| FSA - Medical | Yes | $115.39 | $557.72 | $0.00 | $0.00 |
| Vision | Yes | $3.74 | $18.70 | — | — |

## Taxes

| Tax | Current | YTD |
|---|---|---|
| Federal Income Tax | $538.01 | $2,694.34 |
| Employee Medicare | $56.61 | $283.33 |
| Social Security Employee Tax | $242.05 | $1,211.47 |
| CA State Income Tax | $198.23 | $993.15 |
| CA Disability Employee | $46.85 | $234.48 |

## Paid Time Off

| Plan | Taken | Current | Balance |
|---|---|---|---|
| State Sick | 20.0000 | 0.0000 | 20.0000 |
| Vacation | 4.0000 | 6.1500 | 32.9500 |

## Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---|
| xxxxxx8118 | Checking | $2,170.96 |
| Total | | $2,170.96 |

## Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $4,040.84 | $3,580.80 | $1,081.75 | $788.13 | **$2,170.96** |
| YTD | $20,204.23 | $17,923.54 | $5,416.77 | $3,921.14 | $10,866.32 |



# Earnings Statement



AE CORPORATE SERVICES CO
AE RETAIL WEST LLC
77 HOT METAL STREET
PITTSBURGH, PA 15203

Period Beginning: 02/23/2025
Period Ending: 03/08/2025
Pay Date: 03/14/2025

Filing Status: Single/Married filing separately
Exemptions/Allowances:
  Federal: Standard Withholding Table

MICHELLE L CAGONOT
1525 BAYPOINTE DR
NEWPORT BEACH CA 92660

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 28.0000 | 15.62 | 437.36 | 437.36 |
| Rest Premium | 28.0000 | 1.00 | 28.00 | 28.00 |
| **Gross Pay** | | | **$465.36** | 465.36 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Social Security Tax | -28.85 | 28.85 |
| | Medicare Tax | -6.75 | 6.75 |
| | CA SDI Tax | -5.58 | 5.58 |
| | **Net Pay** | **$424.18** | |
| | Direct Deposit | -424.18 | 424.18 |
| | **Net Check** | **$0.00** | |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Basis of Pay | | Hourly |
| Emplid | | 6095535 |

**Important Notes**
YOUR COMPANY PHONE NUMBER IS 412-432-3300

**Additional Tax Withholding Information**
Taxable Marital Status:
  CA: Single
Exemptions/Allowances:
  CA: 2

Your federal taxable wages this period are $465.36

© 2000 ADP, Inc.

---



AE CORPORATE SERVICES CO
AE RETAIL WEST LLC
77 HOT METAL STREET
PITTSBURGH, PA 15203

Advice number: 00000110632
Pay date: 03/14/2025

**Deposited to the account of**
MICHELLE L CAGONOT

| account number | transit ABA | amount |
|---|---|---|
| xxxxxxxxxx4009 | xxxx xxxx | $424.18 |

*This is not a check*

**NON-NEGOTIABLE**



# Earnings Statement



AE CORPORATE SERVICES CO
AE RETAIL WEST LLC
77 HOT METAL STREET
PITTSBURGH, PA 15203

Period Beginning: 03/09/2025
Period Ending: 03/22/2025
Pay Date: 03/28/2025

Filing Status: Single/Married filing separately
Exemptions/Allowances:
Federal: Standard Withholding Table

MICHELLE L CAGONOT
1525 BAYPOINTE DR
NEWPORT BEACH CA 92660

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 28.0000 | 79.03 | 2,212.84 | 2,650.20 |
| Overtime | 42.0000 | .28 | 11.76 | 11.76 |
| Ltd Tax Choice | | | 3.81 | 3.81 |
| Rest Premium | 28.0000 | 1.00 | 28.00 | 56.00 |
| S Dis Taxfree | | | 13.45 | 13.45 |
| **Gross Pay** | | | **$2,269.86** | 2,735.22 |

Your federal taxable wages this period are $1,711.02

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -126.92 | 126.92 |
| | Social Security Tax | -106.09 | 134.94 |
| | Medicare Tax | -24.81 | 31.56 |
| | CA State Income Tax | -27.18 | 27.18 |
| | CA SDI Tax | -20.53 | 26.11 |
| | Other | | |
| | Cigna Econ Er | -294.26* | 294.26 |
| | Delta Dppo High | -15.00* | 15.00 |
| | Dep Care - Ee | -250.00* | 250.00 |
| | Ltd Tax Choice | -3.81 | 3.81 |
| | S Dis Tax Free | -13.45 | 13.45 |
| **Net Pay** | | **$1,387.81** | |
| Direct Deposit | | -1,387.81 | 1,811.99 |
| **Net Check** | | **$0.00** | |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Group Term Life | 0.42 | 0.42 |
| Basis of Pay | | Hourly |
| Emplid | | 6095535 |

**Important Notes**
YOUR COMPANY PHONE NUMBER IS 412-432-3300

**Additional Tax Withholding Information**
Taxable Marital Status:
CA: Single
Exemptions/Allowances:
CA: 2

* Excluded from federal taxable wages

© 2000 ADP, Inc.

---



AE CORPORATE SERVICES CO
AE RETAIL WEST LLC
77 HOT METAL STREET
PITTSBURGH, PA 15203

Advice number: 00000130662
Pay date: 03/28/2025

**Deposited to the account of**
MICHELLE L CAGONOT

| account number | transit ABA | amount |
|---|---|---|
| xxxxxxxxx4009 | xxxx xxxx | $1,387.81 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**